121 P.3d 936

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Tavakoli v. Hawaii Medical Service Ass'n | 25828 | 10/05/2005 | Vacated & remanded |
| State v. Aganon | 26187 | 10/14/2005 | Affirmed |
| Dohmen-Ramirez v. Freis | 25473 | 10/14/2005 | Affirmed in part & reversed in part |
| Prekaski v. Nakaikuana | 26120 | 10/25/2005 | Affirmed |
| Waite v. Button | 26441 | 10/25/2005 | Affirmed |
| Wong v. Wong | 26726 | 10/26/2005 | Affirmed in part, vacated in part & remanded |
| State v. Marquez | 25837 | 10/28/2005 | Affirmed |